IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS & CEMENT MASONS #90
HEALTH & WELFARE FUND and
EMPLOYERS & CEMENT MASONS #90
PENSION FUND,**

    **Plaintiffs,**

**vs.**　　　　　　　　　　　　　　　　　　　**Case No. 11-cv-521-DRH-SCW**

**OSTERHAGE CONTRACTING
INCORPORATED and DEBRA
OSTERHAGE, INDIVIDUALLY,**

    **Defendants.**

### DEFAULT JUDGMENT

THIS CAUSE comes before the Court on Plaintiffs' Motion for Default Judgment against Defendants, OSTERHAGE CONTRACTING INCORPORATED and DEBRA OSTERHAGE, Individually, and the Court being advised in the premises, and the Defendants having failed to answer the Complaint filed herein in a timely fashion, a default judgment is awarded in favor of the Plaintiffs and against the Defendants, OSTERHAGE CONTRACTING INCORPORATED and DEBRA OSTERHAGE, Individually, as follows:

    A.    That judgment is entered in favor of Plaintiffs, EMPLOYERS & CEMENT MASONS #90 HEALTH & WELFARE FUND and EMPLOYERS & CEMENT MASONS

#90 PENSION FUND and against the Defendants, OSTERHAGE CONTRACTING INCORPORATED and DEBRA OSTERHAGE, Individually, in the amount of $16,035.90, which consists of delinquent fringe benefit contributions and liquidated damages; plus reasonable attorneys' fees and costs to date in the amount of $2,100.41 as provided by ERISA (29 U.S.C. Section 1132(g)(2));

      B.    That Defendants are ordered to perform and continue to perform all obligations to the Plaintiffs; and

      C.    That Plaintiffs are awarded, at Defendants' costs, such further and other relief as may be available under ERISA, the applicable labor agreements or as is otherwise just and equitable.

      Entered this 3rd day of November, 2011.

*Digitally signed by David R. Herndon*
*Date: 2011.11.03 13:48:07 -05'00'*

**Chief Judge**
**United States District Court**