IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS & CEMENT MASONS #90**
**HEALTH & WELFARE FUND and**
**EMPLOYERS & CEMENT MASONS #90**
**PENSION FUND,**

    Plaintiffs,

vs.                                             Case No. 11-cv-521-DRH-SCW

**OSTERHAGE CONTRACTING**
**INCORPORATED and DEBRA**
**OSTERHAGE, INDIVIDUALLY,**

    Defendants.

## ORDER TO TURN OVER ASSETS

THIS CAUSE coming before the Court on plaintiffs' Motion to Turn Over Assets Based Upon the Answer to Third Party Citation following issuance of a Citation to Discover Assets to Third State Bank of Waterloo, with service having been effectuated and with State Bank of Waterloo having answered and stating that it is holding $3,537.99 in one (1) checking account, one (1) savings account, and one (1) certificate of deposits belonging to the defendant, and the Court being otherwise advised in the premises, IT IS HEREBY ORDERED as follows:

    1.    Plaintiffs' Motion to Turn Over Assets is **ALLOWED** and Third Party State Bank of Waterloo is ordered to turn over to the plaintiffs, the sum of $3,537.99 that is currently held in any and all accounts in the name of OSTERHAGE CONTRACTING INCORPORATED and DEBRA OSTERHAGE, Individually, including

but not limited to the following: one (1) checking account, one (1) savings account, and one (1) certificate of deposit, and to remit the sum of $3,537.99 to plaintiffs by delivery to Plaintiffs' Counsel.

     2.    Third Party Prairie State Bank & Trust is further ordered to release any further hold on defendant's accounts after remittance to plaintiffs of the sum of $3,537.99 from defendant's accounts.

**DATE: February 16, 2012**

David R. Herndon
2012.02.16
11:31:04 -06'00'

**Chief Judge**
**United States District Court**