IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS & CEMENT MASONS
#90 HEALTH & WELARE FUND and
EMPLOYERS & CEMENT MASONS #90
PENSION FUND**,

**Plaintiffs,**

**v.**

**OSTERHAGE CONTRACTING INC.,
and DEBRA OSTERHAGE, INDIVIDUALY,**

**Defendants.**                                                    **11-0521- DRH**

<u>ORDER</u>

**HERNDON, Chief Judge:**

  Now before the Court is Plaintiffs' motion to turn over assets held at State Bank of Waterloo in the name of Osterhage Contracting, Inc. & Debra Osterhage (Doc. 30). Plaintiffs faxed and mailed a copy of that motion to the Bank on November 9, and the Bank (in an order mailed to the bank on 11/13/2012) was given until 11/27/2012 to file any objection. The Bank's time to object having expired, thus, the Court **GRANTS** plaintiff's Motion to Turn Over Assets. The Bank shall turnover assets held in any and all accounts in the name of Osterhage Contracting, Inc. and Debra Osterhage (individually). Any further hold on defendants' checking and savings accounts, after

payment to Plaintiffs is made in the amount of $394.19, shall be released.

**IT IS SO ORDERED.**

Signed this 3rd day of December, 2012.

Digitally signed by David R. Herndon
Date: 2012.12.03 15:39:06 -06'00'

**Chief Judge
United States District Court**