IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS & CEMENT MASONS
#90 HEALTH & WELARE FUND and
EMPLOYERS & CEMENT MASONS #90
PENSION FUND,

Plaintiffs,

v.

OSTERHAGE CONTRACTING INC.,
and DEBRA OSTERHAGE, INDIVIDUALY,

Defendants.

11-0521- DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiffs' motion to turn over assets held at State Bank of Waterloo in the name of Osterhage Contracting, Inc. & Debra Osterhage (Doc. 46). State Bank of Waterloo answered a citation to discover assets stating that it is holding $145.13 in one checking account and/or now account (Doc. 45). Thus, the Court **GRANTS** plaintiff's Motion to Turn Over Assets (Doc. 46). The Bank shall turnover to plaintiffs the assets held in any and all accounts in the name of Osterhage Contracting, Inc. and Debra Osterhage (individually). Any further hold on defendants' checking and savings accounts, after payment to Plaintiffs is

made in the amount of $145.13, shall be released.

**IT IS SO ORDERED.**

Signed this 29th day of August, 2013.

Digitally signed by
David R. Herndon
Date: 2013.08.29
14:23:30 -05'00'

**Chief Judge
United States District Court**